UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT EUGENE WHITING II,

    Petitioner,

v.                                                CASE NO. 6:06-cv-209-Orl-22DAB

JACK PARKER, et al.,

    Respondents.

_____

**ORDER**

This case is before the Court on the following matters:

1.    Petitioner's Motion to Grant Petitioner's Habeas Corpus Petition (Doc. No. 11, filed May 31, 2006) is **DENIED**.

2.    *The Clerk of the Court is directed to send Petitioner a copy of Respondents' Response to Petition (Doc. No. 6).*

3.    Petitioner shall have THIRTY (30) DAYS from the date of this Order to file a reply to Respondents' Response to Petition as outlined in the May 16, 2006, Order (Doc. No. 9).

4.    Petitioner is advised that Local Rule 1.05(a) requires that all pleadings, motion, briefs, and applications shall be on "white paper eight and one-half inches wide by eleven inches long." Should Petitioner fail to comply with the requirements of this rule,

the Clerk of this Court is directed to reject the document for filing and return the document without action.

      **DONE AND ORDERED** at Orlando, Florida this 1st day of June, 2006.

                                            *David A. Baker*
                                          DAVID A. BAKER
                              UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 6/1
Robert Eugene Whiting II
Counsel of Record