UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT EUGENE WHITING II,

    Petitioner,

v.                                         CASE NO. 6:06-cv-209-Orl-22DAB

JACK PARKER, et al.,

    Respondents.

## ORDER

This case is before the Court on Petitioner's Response to "Order" and Request for Documents and/or Respondents' Reply to Petition (Doc. No. 13, filed June 2, 2006).

Thereon it is **ORDERED**:

1. *The Clerk of the Court is directed to send Petitioner a copy of Respondents' response to the petition (Doc. No. 6).*

2. Petitioner shall have **THIRTY (30) DAYS** from the date of this Order to file a reply to the response as outlined in the June 1, 2006, Order.

**DONE AND ORDERED** at Orlando, Florida this 21st day of June, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 6/21
Robert Eugene Whiting
Counsel of Record