UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT EUGENE WHITING II,

     Petitioner,

v.                                     CASE NO. 6:06-cv-209-Orl-22DAB

JACK PARKER, et al.,

     Respondents.

_____

## ORDER

This case is before the Court on the following motion:

**MOTION**:   Petitioner's Motion to Dismiss Habeas Corpus Petition Without Prejudice, Request to Refile (Doc. No. 15, filed June 22, 2006).

Petitioner seeks dismissal of his case because he does not have adequate access to the law library at his current place of incarceration.  He states that he will soon be transferred to a permanent facility.  In requesting dismissal, Petitioner "prays that this good court will grant this motion in the understanding that by doing so it would not prejudice his cause and give Petitioner a fair chance at raising his alleged constitutional violation issues at a later time." (Doc. No. 15 at 2.)

The Court notes that 28 U.S.C. § 2244(d)(1) provides a one year period of limitation for filing a federal habeas corpus petition.  If this case is dismissed without prejudice as Petitioner has requested, the time this case was pending will not toll the one year period;

thus, a later filed habeas petition may not be timely.[1] *See Duncan v. Walker*, 533 U.S. 167, 181-82 (2001) (holding that § 2244(d)(2) does not toll the limitations period during the pendency of a prior federal habeas corpus petition).

Petitioner shall have **TWENTY (20) DAYS** from the date of this Order to file a response to this Order indicating whether or not he still wishes to have this case dismissed without prejudice.

**DONE AND ORDERED** at Orlando, Florida this 28th day of June, 2006.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 6/28
Robert Eugene Whiting II
Counsel of Record

---

[1]The Court is aware that Respondents contend that the instant habeas corpus petition is subject to dismissal because it is untimely. At this point, the Court is making no determination regarding Respondents' argument.